*Floyd E. Thompson, Edward J. Farrell,* and *John J. Healy* for Samuel Insull, Jr. et al., respondents in Nos. 821 and 822, and petitioners in Nos. 823 and 824; and *Messrs. Donald F. McPherson, Kenneth F. Burgess,* and *James F. Oates, Jr.,* for Stanley Field, petitioner in No. 827 and respondent in No. 822.

No. 834. Dow *v.* Ickes, Secretary of the Interior, et al. February 16, 1942. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. William G. Symmers* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Archibald Cox* for respondents.

No. 853. Shick *v.* Goodman, Trustee. February 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Edwin C. Emhardt* for petitioner. *Mr. Charles H. Weidner* for respondent.

No. 861. United Services Automobile Association *v.* Harman et al. February 16, 1942. Petition for writ of certiorari to the Court of Civil Appeals, 4th Supreme Judicial District, of Texas, denied. *Mr. Henry I. Quinn* for petitioner. *Messrs. Max Sokol, Samuel S. Smalkin,* and *George Clark* for respondents.

No. 867. Herzog et al., Co-Partners, Trading as Columbia Pickle Works, *v.* Dorman, Trustee. February 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr.*

*Emil Weitzner* for petitioners. *Mr. Benjamin Siegel* for respondent.

No. 789. UNITED STATES EX REL. KITHCART *v.* GARDNER ET AL. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Boyd L. Kithcart, pro se.*

No. 809. SUMMERS *v.* RICE ET AL. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Jennie Summers, pro se. Paul Rice* and *Mabel Rice, pro se.*

No. 884. ROGOWAY *v.* WARDEN, U. S. PENITENTIARY, McNEIL ISLAND, WASHINGTON. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Ted Rogoway, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for respondent.

No. 891. WELCH *v.* TEXAS. March 2, 1942. Petition for writ of certiorari to the Court of Criminal Appeals, of Texas, and motion for leave to proceed further *in forma pauperis,* denied. *W. C. Welch, pro se. Messrs. Gerald C. Mann,* Attorney General of Texas, and *Geo. W. Barcus,* Assistant Attorney General, for respondent.